# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

EDWARD AGUIRRE

VERSUS

SAFECO INSURANCE COMPANY OF
OREGON, SAFECO INSURANCE
COMPANY OF OREGON AND TAYLOR
WILLIAMS

NO.  2020 CW 0164

·MAY 1 2 2020

---

In Re:   Edward Aguirre, applying for supervisory writs, 18th
         Judicial District Court, Parish of Iberville, No. 76224

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.**  This writ application fails to comply
with Uniform Rules of Louisiana Courts of Appeal, Rules 4-
5(C)(9) and (10). Relator, Edward Aguirre, failed to file a copy
of the defendants' opposition and exhibits and a copy of the
pertinent court minutes.  In addition, this court requests a
transcript of the November 5, 2019 hearing on the motion in
limine. See La. Code Civ. P. art. 1425(F)(3).

Supplementation  of  this  writ  application  and/or  an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, the
missing items noted above, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2.  Any new application
must be filed on or before June 12, 2020, and must contain a
copy of this ruling.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT